# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

Case Title: RITHWIK PATTEM v. IRFAN ALI SHAIK and LYFT, INC.

Case Number: 1:26-cv-11763

An appearance is hereby filed by the undersigned as attorney for:

Lyft, Inc.

Attorney Name (type or print): Anna Baish

Firm: Cassiday Schade LLP

Street Address: 222 West Adams Street, Suite 2900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6352574
(See Item 3 in instructions)

Telephone Number: (312) 641-3100

Email Address: abaish@cassiday.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 25, 2026

Attorney Signature: /s/ Anna Baish
(Use electronic signature if the appearance form is filed electronically.)

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

I also hereby certify that a true and correct copy of the foregoing document was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Chicago, Illinois, with proper postage prepaid, before the hour of 5:00 p.m., on September 28, 2026. I certify that the statements set forth herein are true and correct:

Rizwan M. Ali
Riz Injury Law PLLC
35 E. Wacker Dr. Suite 650
Chicago, IL 60601
(312) 546-5109
Riz@RizInjuryLaw.com

,

/s/ Anna Baish